## People of the State of Illinois, Plaintiff-Appellee, v. William Alexander and Ernest Johnson, Defendants-Appellants.

Gen. No. 54,024. 

First District, Third Division.

February 19, 1970.

Gerald W. Getty, Public Defender of Cook County, of Chicago, for appellants; no brief for appellee. Opinion by PRESIDING JUSTICE DEMPSEY. Not to be published in full.